UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIONDRAE BROWN,<br><br>                    Petitioner,<br><br>    v.<br><br>DONALD R. HOLBROOK,<br><br>                    Respondent. | Case No. C21-1058-BJR-MLP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, the objections of Petitioner filed on February 5, 2022, and the remaining record, the Court finds and ORDERS:

(1) Petitioner's objections fail to refute the conclusion in the R&R that the "second amended habeas petition fails to correct deficiencies previously identified by this Court," specifically, that "Petitioner's grounds for relief do not appear to have been properly exhausted in the Washington state courts." R&R at 7.

(2) The Court ADOPTS the Report and Recommendation;

(3) Plaintiff's amended habeas petition (dkt. # 16), and this action, are DISMISSED without prejudice;

ORDER OF DISMISSAL - 1

(4)   A certificate of appealability is DENIED as to all claims; and

(5)   The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 21st day of March, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL - 2